UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re:                              :    Chapter 11
                                    :
DREIER LLP,                         :    Case No. 08-15051 (SMB)
                                    :
         Debtor.                    :
                                    :
------------------------------------------------------------ x

## NOTICE OF APPEAL

Alarmex Holdings, LLC ("Alarmex"), the Respondent to the Claim Objection of Sheila M. Gowan, Chapter 11 Trustee for Dreier LLP ("Trustee"), to Alarmex' Proof of Claim No. 393, appeals under 28 U.S.C. §158(a) from the order granting Trustee's Objection to Proof of Claim No. 393 of the bankruptcy judge, which ordered that the Proof of Claim No. 393 of Alarmex is to be recharacterized as a general unsecured claim as the resolution of the Trustee' Objection to Proof of Claim No. 393 on the 11th day of February 2014.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

|  |  |
|---|---|
| Party: | Sheila M. Gowan<br>Chapter 11 Trustee for Dreier LLP |
| Attorneys: | DIAMOND McCARTHY LLP<br>Howard D. Ressler, Esq.<br>Stephen T. Loden, Esq.<br>620 Eighth Avenue, 39th Floor<br>New York, NY 10018<br>Tel:  (212) 430-5400<br>Fax:  (212) 430-5499 |

| | |
|---|---|
| Party: | Alarmex Holdings, LLC<br>Respondent |
| Attorneys: | FEDER KASZOVITZ LLP<br>Murray L. Skala, Esq.<br>Jonathan Honig, Esq.<br>845 Third Avenue<br>New York, NY 10022<br>Tel:   (212) 888-8200<br>Fax:   (212) 888-7776 |

Dated: February 25, 2014

Respectfully submitted,

FEDER KASZOVITZ LLP


By:___Murray L. Skala____
     Murray L. Skala
     Jonathan Honig
845 Third Avenue
New York, NY 10022
Tel:   (212) 888-8200

*Attorneys for Respondent*
*Alarmex Holdings, LLC*